**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Florida

Case number (*If known*): ______________________ Chapter 15

☐ Check if this is an amended filing

# Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding

12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).**

| | |
|---|---|
| **1. Debtor's name** | Nishani Michelle Singh |
| **2. Debtor's unique identifier** | **For non-individual debtors:**<br>☐ Federal Employer Identification Number (EIN) __ __ – __ __ __ __ __ __ __<br>☐ Other ______________. Describe identifier ______________.<br>**For individual debtors:**<br>☐ Social Security number: xxx – xx– __ __ __ __<br>☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – __ __ __ __<br>☑ Other 730420 0131 08 3. Describe identifier South African Identification Number. |
| **3. Name of foreign representative(s)** | Willem Jacobus Venter (First Applicant), Oriel Rampolokeng Sekati, Koketso Leuwance Selahle, and Matshediso Elizabeth Sello |
| **4. Foreign proceeding in which appointment of the foreign representative(s) occurred** | South Africa |
| **5. Nature of the foreign proceeding** | *Check one:*<br>☑ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| **6. Evidence of the foreign proceeding** | ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br>☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.<br>______________________<br>______________________ |
| **7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?** | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)<br>☑ Yes |

Debtor Nishani Michelle Singh
Name

Case number (if known)

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

**Country where the debtor has the center of its main interests:**

**Debtor's registered office:**

Number Street

P.O. Box

City State/Province/Region ZIP/Postal Code

Country

**Individual debtor's habitual residence:**
**Last Known Address:**

237 Albert Street
Number Street

P.O. Box

Waterkloof, Pretoria
City State/Province/Region ZIP/Postal Code

South Africa
Country

**Address of foreign representative(s):**
**First Applicant Address:**

778 Skukuza Street
Number Street

P.O. Box

Faerie Glen, Pretoria
City State/Province/Region ZIP/Postal Code

South Africa
Country

**10. Debtor's website** (URL)

N/A

**11. Type of debtor**

*Check one:*

☐ Non-individual (*check one*):

☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

☐ Partnership

☐ Other. Specify: __________

☑ Individual

Debtor Nishani Michelle Singh
Name

Case number (if known)

**12. Why is venue proper in *this district?***

*Check one:*

- ☑ Debtor's principal place of business or principal assets in the United States are in this district.
- ☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
- ☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✘ [signature]
Signature of foreign representative

W S Vate
Printed name

Executed on 3/11/2026
MM / DD / YYYY

✘
Signature of foreign representative

Printed name

Executed on
MM / DD / YYYY

**14. Signature of attorney**

✘ */s/ Donald R. Kirk*
Signature of Attorney for foreign representative

Date 11/03/2026
MM / DD / YYYY

Donald R. Kirk
Printed name

Carlton Fields, P.A.
Firm name

4221 W Boy Scout Boulevard, Suite 1000
Number Street

Tampa FL 33607
City State ZIP Code

(813) 229-4334
Contact phone

dkirk@carltonfields.com
Email address

105767
Bar number

FL
State