000-1
FA4

**IN THE HIGH COURT OF SOUTH AFRICA**
**GAUTENG DIVISION, PRETORIA**

CASE NO: 017911/2023

PRETORIA 15 JULY 2024

BEFORE THE HONOURABLE JUSTICE COWEN

In the matter between:

Private Bag X67, Pretoria 0001
2024 -07- 16
GD-PRET-017

INVESTEC BANK LIMITED (REG NO: 1969/004764/06) — APPLICANT

AND

NISHANI MICHELLE SINGH
DATE OF BIRTH: 20 APRIL 1973
ID: 730420 0121 08 3
RESIDENTIAL ADDRESS: 237 ALBERT STREET, WATERKLOOF, PRETORIA
MARITAL STATUS: MARRIED IN COMMUNITY OF PROPERTY TO STEPHEN JOHN KILLICK — 1ST RESPONDENT

STEPHEN JOHN KILLICK
DATE OF BIRTH: 9 DECEMBER 1962
ID NUMBER: 621209 5153 08 2
RESIDENTIAL ADDRESS: 237 ALBERT STREET, WATERKLOOF, PRETORIA
MARITAL STATUS: MARRIED IN COMMUNITY OF PROPERTY TO NISHANI MICHELLE SINGH — 2ND RESPONDENT

---

HAVING HEARD counsel(s) for the parties and having read the documents filed the court reserved its judgment.

**THEREAFTER ON THIS DAY THE COURT ORDERS**

**JUDGMENT**

1. The joint estate of the respondents is placed under provisional sequestration.
2. A *rule nisi* is issued calling on all persons who have a legitimate interest to advance reasons, if any, at 10h00 on 25 November 2024 as to why this Court should not order that the joint estate of the respondents be placed under final sequestration.

3. The applicant is to deliver a copy of this order the Master of High Court and to the South African Revenue Services.

4. A copy of this order shall be served on:

   4.1. The respondents by way of service on their attorneys of record and at their home address at 237 Albert Street, Waterkloof, Pretoria, Gauteng.

   4.2. The employees of the respondents, if any.

   4.3. All registered trade unions representing the employees of the respondents, if any.

5. Save as is set out below the costs of the application are to be costs in the sequestration of the joint estate of the respondents.

6. The first respondent's application of 28 May 2024 to admit a further affidavit is dismissed with costs, including the costs of two counsel, with Scale C applied, where applicable.

BY THE COURT

REGISTRAR
MT

Attorney:-

Private Bag X67, Pretoria 0001
2024-07-16
GD-PRET-017

FA5

**REPUBLIC OF SOUTH AFRICA**

Insolvensiewet, No. 24 van 1936 (soos gewysig) [Artikel 18(1) en 56(2)]
Insolvency Act, No. 24 of 1936 (as amended) [Section 18(1) and 56(2)]

**SERTIFIKAAT VAN AANSTELLING VAN VOORLOPIGE KURATOR**
**CERTIFICATE OF APPOINTMENT OF PROVISIONAL TRUSTEE**

**NO:** T001461/2024

Hierby word gesertifiseer dat:
This is to certify that:

1. SEKATI ORIEL RAMPOLOKENG — **ID.** XXXXXXXXXXXXXXXXXXXXX
2. SELAHLE KOKETSO LEUWANCE — **ID.** XXXXXXXXXXXXXXXXXXXXX
3. SELLO, MATSHEDISO ELIZABETH — **ID.** XXXXXXXXXXXXXXXXXXXXX
4. VENTER, WILLEM JACOBUS — **ID.** 8801105095088
5. XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX — **ID.** XXXXXXXXXXXXXXXXXXXXX
6. XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX — **ID.** XXXXXXXXXXXXXXXXXXXXX
7. XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX — **ID.** XXXXXXXXXXXXXXXXXXXXX

aangestel word as Voorlopige Kurator van die insolvente boedel van:
appointed as Provisional Trustee of the insolvent estate of:

**STEPHEN JOHN KILLICK 6212095143082**
**NISHANI MICHELLE SINGH 7304200131083**

***GETROUD BINNE GEMEENSKAP VAN GOED MET MEKAAR / MARRIED IN COMMUNITY OF PROPERTY***

wat op Bevel van die Hooggeregshof van Suid-Afrika
( NORTH GAUTENG HIGH COURT (PRETORIA) Afdeling),
gedateer die voorlopig gesekwestreer is, met die magte en bevoegdhede soos uiteengesit in die Insolvensiewet, 1936 (Wet 24 van 1936).

which was placed under provisional sequestration by Order of the High Court of South Africa
( NORTH GAUTENG HIGH COURT (PRETORIA) Division),
dated the 15/7/24 with the powers and authority as set out in the Insolvency Act, 1936 (Act 24 of 1936).

MASTER OF THE HIGH COURT OF SOUTH AFRICA, GAUTENG DIVISION, PRETORIA
VILECIA LOUW
2024 -08- 06
Time:
PRETORIA
MEESTER VAN DIE HOOGGEREGSHOF VAN ... PRETORIA
6 AUGUST 2024

DOJCD VDAMSELL
**MEESTER VAN DIE HOë HOF VAN SUID-AFRIKA**
**MASTER OF THE HIGH COURT OF SOUTH AFRICA**
PRETORIA MASTERS OFFICE

URN: 9902024INS001461

DATUM STEMPEL
DATE STAMP

AVDM/AVDM
03102024/PBPA54036.1
Draft Order/#10450607v1

9/10/2024

**THE HIGH COURT OF SOUTH AFRICA**
**GAUTENG DIVISION, PRETORIA**

CASE NO. :2024-112350

REGISTRAR OF THE HIGH COURT OF SOUTH AFRICA GAUTENG DIVISION, PRETORIA
PRIVATE BAG/PRIVAATSAK X67
2024 -10- 25
E. TIGER
REGISTRAR'S CLERK
GRIFFIER VAN DIE HOË HOF VAN SUID-AFRIKA, GAUTENG AFDELING, PRETORIA

**Pretoria, 09 October 2024**
**Before the Honourable Justice Retief**

In the *ex parte* and in camera application of:

WILLEM JACOBUS VENTER N.O. — First Applicant

ORIEL RAMPOLOKENG SEKATI N.O. — Second Applicant

KOKETSO LEUWANCE SELAHLE N.O. — Third Applicant

MATSHEDISO ELIZABETH SELLO N.O. — Fourth Applicant

(in their capacities as the joint provisional trustees of the joint insolvent estate of Stephen John Killick and Nishani Michelle Singh)

REGISTRAR OF THE HIGH COURT OF SOUTH AFRICA GAUTENG DIVISION, PRETORIA
Private Bag X67, Pretoria 0001
2024 -10- 09
GD-PRET-010
REGISTRAR OF THE HIGH COURT OF SOUTH AFRICA GAUTENG DIVISION, PRETORIA

**FOR AN ORDER IN TERMS OF SECTION 18(3) OF THE INSOLVENCY ACT NO. 24 OF 1936 (AS AMENDED) AND FOR AN ORDER DIRECTING THE REGISTRAR OF THIS HONOURABLE COURT TO ISSUE LETTERS OF REQUEST**

---

**DRAFT ORDER**

---

**HAVING READ** the documents filed of record and having considered the matter, the following order is made:-

1 The applicants' non-compliance with, and/or dispensing with, the forms, service and time periods provided for in the Uniform Rules of Court are condoned and

Certified a true copy of the original.
Gesertifiseer 'n ware afskrif van die oorspronklikke
Registrar of the North Gauteng High Court, Pretoria
Griffier van die Noord Gauteng Hoë Hof, Pretoria

the application is heard and adjudicated on an urgent basis, *ex parte* and in camera.

REGISTRAR OF THE HIGH COURT OF SOUTH AFRICA GAUTENG DIVISION, PRETORIA
PRIVATE BAG/PRIVAATSAK X67
2024 -10- 25
GRIFFIER VAN DIE HOË HOF VAN SUID-AFRIKA, GAUTENG AFDELING, PRETORIA

2 The applicants are authorised to bring this application in terms of section 18(3) of the Insolvency Act No. 24 of 1936 (as amended) ("**the Insolvency Act**").

3 The applicants are authorised to sell the insolvent estate's immovable properties and realise its movable assets referred to hereunder by way of public auction, public tender, or private contract and to give delivery and/or pass transfer of same. Any sale will be subject to the consent of Stephen John Killick (identity number 621209 5143 08 2) and Nishani Michelle Singh (identity number 730420 0131 08 3) for so long as the sequestration remains provisional and, if a final sequestration order is granted, for so long as the final order is the subject matter of an application for leave to appeal or an appeal (save in the event of the applicant creditor obtaining relief in terms of section 18 of the Superior Courts Act).

Private Bag X67, Pretoria 0001
2024 -10- 09
GD-PRET-010

4 The Registrar of this Honourable Court is directed to issue letters of request to any court of competent jurisdiction in Republic of Ghana ("**Ghana**"), the United Kingdom ("**the UK**") and the Portuguese Republic ("**Portugal**") to act in aid of the High Court of South Africa (Gauteng Division, Pretoria) for the purpose of recognising the appointment of the applicants as the duly appointed provisional trustees of the insolvent estate of Stephen John Killick (identity number 621209 5143 08 2) and Nishani Michelle Singh (identity number 730420 0131 08 3)("**the insolvent estate**"), with the requisite capacity and standing with respect of the

Certified a true copy of the original.
Gesertifiseer 'n ware afskrif van die oorspronklikke
Registrar of the North Gauteng High Court, Pretoria
Griffier van die Noord Gauteng Hoë Hof, Pretoria

insolvent estate within the foreign country with the full rights and powers under the relevant insolvency law and further that the foreign country provide every assistance required for the vesting, preservation and recovery of the assets within the foreign country to satisfy the outstanding debts against the insolvent estate.

REGISTRAR OF THE HIGH COURT OF SOUTH AFRICA GAUTENG DIVISION, PRETORIA
PRIVATE BAG X67
2024 -10- 25
E. TIGER
REGISTRAR VAN DIE HOË HOF VAN SUID-AFRIKA, GAUTENG AFDELING, PRETORIA

5 The applicants are authorised to institute and proceed to the final determination thereof, such proceedings as may be required to be instituted in any court of competent jurisdiction in Ghana, the UK and Portugal to obtain recognition of the appointment of the applicants as the duly appointed joint provisional trustees of the insolvent estate.

6 The applicants are authorised to institute and proceed to the final determination thereof, such proceedings as may be necessary in any court of competent jurisdiction in Ghana, the UK and Portugal as may be necessary to preserve the assets of the insolvent estate and to achieve the proper and effective administration of the insolvent estate.

Private Bag X67, Pretoria 0001
THE JUDICIARY
2024 -10- 09
GD-PRET-010
REGISTRAR OF THE HIGH COURT OF SOUTH AFRICA GAUTENG DIVISION, PRETORIA

7 The applicants are authorised to institute and proceed to the final determination thereof, such proceedings as may be necessary in any court of competent jurisdiction in Ghana, the UK and Portugal for the securing of and sale of any assets vesting in the insolvent estate.

Certified a true copy of the original.
Gesertifiseer 'n ware afskrif van die oorspronklikke.
Registrar of the North Gauteng High Court, Pretoria
Griffier van die Noord Gauteng Hoë Hof, Pretoria

REGISTRAR OF THE HIGH COURT OF SOUTH AFRICA GAUTENG DIVISION, PRETORIA
PRIVATE BAG/PRIVAATSAK X67
2024 -10- 25
E. TIGER
REGISTRAR'S CLERK
GRIFFIER VAN DIE HOË HOF VAN SUID-AFRIKA, GAUTENG AFDELING, PRETORIA

8 The applicants are authorised to exercise the following powers in relation to the administration of the insolvent estate:

8.1 to appoint service providers, including but not limited to, attorneys, auditors, accountants, counsel, consultants, auctioneers, security guards, building contractors, investigators and forensic auditors, to assist the applicants in the exercise of their duties and to pay all estate-related costs and fees, limited to those for work done after commencement of the sequestration of the insolvent estate;

8.2 to obtain any legal opinion, institute or defend any action or legal proceedings, and to proceed to the final determination of any such action or proceedings;

REGISTRAR OF THE HIGH COURT OF SOUTH AFRICA GAUTENG DIVISION
Private Bag X67, Pretoria 0001
2024 -10- 09
GD-PRET-010
REGISTRAR OF THE HIGH COURT OF SOUTH AFRICA

8.3 to sell any asset which is the subject of a mortgage bond, pledge or any other form of security to the creditor lawfully holding such security if the security fails to realise sufficient value to satisfy the claim of the secured creditor, subject to the payment by the secured creditor of a *pro rata* share of the costs of administration in terms of section 89 of the Insolvency Act;

8.4 to sell or in any other way dispose of any movable or immovable property of the insolvent's estate, whether as a going concern or otherwise, by public auction, public tender or private treaty and to give delivery and pass transfer thereof, with the methodology and conditions of sale to be determined by the applicants in their sole and absolute discretion;

Certified a true copy of the original.
Gesertifiseer 'n ware afskrif van die oorspronklikke.
Registrar of the North Gauteng High Court, Pretoria
Griffier van die Noord Gauteng Hoë Hof, Pretoria

8.5 to attach, remove and sell or in any other way dispose of the abundant collection of luxury clothing and luxury goods, by public auction, private tender or private treaty and to give delivery and pass transfer thereof, with the methodology and conditions of sale to be determined by the applicants in their sole and absolute discretion;

REGISTRAR OF THE HIGH COURT OF SOUTH AFRICA GAUTENG DIVISION, PRETORIA
PRIVATE BAG/PRIVAATSAK X67
2024 -10- 25
E. TIGER
REGISTRAR'S CLERK
GRIFFIER VAN DIE HOË HOF VAN SUID-AFRIKA, GAUTENG AFDELING, PRETORIA

8.6 to pay all legal fees and fees for services rendered by any of the parties;

8.7 to engage in the marketing and advertising of the assets of the insolvents in a manner that will result in the disposal of the assets or any component thereof, in the best interest of the general body of creditors;

8.8 to deal with and terminate any lease agreement in respect of any property occupied by the insolvents at the time of sequestration, or leased by the insolvents;

Private Bag X67, Pretoria 0001
2024 -10- 09
GD-PRET-010

8.9 to employ a contractor/agent to take care of or sell the assets, both movable and immovable, of the insolvents' estate or any part thereof, and to employ any persons or agents necessary to assist with the care of the assets, and to pay any costs relating thereto;

8.10 to employ and contract any builder / contractor in relation to 248, 9th Street, Hermanus and to extend, amend or cancel any agreement currently in place

Certified a true copy of the original.
Gesertifiseer 'n ware afskrif van die oorspronklikke.
Registrar of the North Gauteng High Court, Pretoria
Griffier van die Noord Gauteng Hoë Hof, Pretoria

in relation to the Hermanus Property at the costs of the estate in order for it to be sold;

8.11 to take out such short-term insurance as may be required to safeguard the assets of the insolvent estate, and to pay the premiums in respect of such insurance policy;

REGISTRAR OF THE HIGH COURT OF SOUTH AFRICA GAUTENG DIVISION, PRETORIA
PRIVATE BAG/PRIVAATSAK X67
2024 -10- 25
E. TIGER
REGISTRAR'S CLERK
GRIFFIER VAN DIE HOË HOF VAN SUID-AFRIKA GAUTENG AFDELING, PRETORIA

8.12 that any action by the applicants to date hereof be authorised and ratified and further, that the costs of this application shall form part of the costs in the winding-up of the insolvents estate;

8.13 to compromise, admit and/or abandon any claim, of whatever kind or from whatever cause, and to accept payment of any part of a debt due to the insolvent estate in settlement thereof, or to grant an extension of time for the payment of any debt due to the insolvent estate;

THE HIGH COURT OF SOUTH AFRICA GAUTENG DIVISION, PRETORIA
Private Bag X67, Pretoria 0001
2024 -10- 09
GD-PRET-010
REGISTRAR OF THE HIGH COURT OF SOUTH AFRICA GAUTENG DIVISION, PRETORIA

8.14 to, in general, exercise any other powers afforded to a trustee who has been appointed in terms of section 56 of the Act; and

8.15 to approach this Court on the same papers, duly supplemented, for an order granting the applicants further powers should the need arise.

9 The costs of the application are costs in the administration or the insolvent estate.

Certified a true copy of the original.
Gesertifiseer 'n ware afskrif van die oorspronklikke.
Registrar of the North Gauteng High Court, Pretoria
Griffier van die Noord Gauteng Hoë Hof, Pretoria

Draft Order/#10450607v1
03102024



10 A copy of the court order shall be provided to the insolvents and/or the attorneys of record representing them, within 3 days of the grant of this order.

REGISTRAR OF THE HIGH COURT OF SOUTH AFRICA, GAUTENG DIVISION, PRETORIA
PRIVATE BAG/PRIVAATSAK X67
2024 -10- 25
E. TIGER
REGISTRAR'S CLERK
GRIFFIER VAN DIE HOË HOF VAN SUID-AFRIKA, GAUTENG AFDELING, PRETORIA

**BY THE COURT**

REGISTRAR OF THE HIGH COURT OF SOUTH AFRICA, GAUTENG DIVISION, PRETORIA
Private Bag X67, Pretoria 0001
2024 -10- 09
GD-PRET-010
REGISTRAR OF THE HIGH COURT OF SOUTH AFRICA, GAUTENG DIVISION, PRETORIA

**THE REGISTRAR**

Certified a true copy of the original.
Gesertifiseer 'n ware afskrif van die oorspronklikke.
Registrar of the North Gauteng High Court, Pretoria
Griffier van die Noord Gauteng Hoë Hof, Pretoria

000-1

FA4

REGISTRAR OF THE HIGH COURT OF SOUTH AFRICA GAUTENG DIVISION, PRETORIA
PRIVATE BAG/PRIVAATSAK X67
2024 -10- 25
E. TIGER
REGISTRAR'S CLERK
GRIFFIER VAN DIE HOË HOF VAN SUID-AFRIKA, GAUTENG AFDELING, PRETORIA

**IN THE HIGH COURT OF SOUTH AFRICA**
**GAUTENG DIVISION, PRETORIA**

CASE NO: 017911/2023

PRETORIA 15 JULY 2024

BEFORE THE HONOURABLE JUSTICE COWEN

Private Bag X67, Pretoria 0001
2024 -07- 16
GD-PRET-017

*In the matter between:*

| | | |
|---|---|---|
| INVESTEC BANK LIMITED<br>(REG NO: 1969/004764/06) | | APPLICANT |
| AND | | |
| NISHANI MICHELLE SINGH<br>DATE OF BIRTH: 20 APRIL 1973<br>ID: 730420 0121 08 3<br>RESIDENTIAL ADDRESS: 237 ALBERT STREET, WATERKLOOF, PRETORIA<br>MARITAL STATUS: MARRIED IN COMMUNITY OF PROPERTY TO STEPHEN JOHN KILLICK | 1ST | RESPONDENT |
| STEPHEN JOHN KILLICK<br>DATE OF BIRTH: 9 DECEMBER 1962<br>ID NUMBER: 621209 5153 08 2<br>RESIDENTIAL ADDRESS: 237 ALBERT STREET, WATERKLOOF, PRETORIA<br>MARITAL STATUS: MARRIED IN COMMUNITY OF PROPERTY TO NISHANI MICHELLE SINGH | 2ND | RESPONDENT |

HAVING HEARD counsel(s) for the parties and having read the documents filed the court reserved its judgment.

**THEREAFTER ON THIS DAY THE COURT ORDERS**

**JUDGMENT**

1. The joint estate of the respondents is placed under provisional sequestration.
2. A *rulo nisi* is issued calling on all persons who have a legitimate interest to advance reasons, if any, at 10h00 on 25 November 2024 as to why this Court should not order that the joint estate of the respondents be placed under final sequestration.

000-1

Certified a true copy of the original
Gesertifiseer 'n ware afskrif van die oorspronklikke

Registrar of the North Gauteng High Court, Pretoria
Griffier van die Noord Gauteng Hoë Hof, Pretoria

REGISTRAR OF THE HIGH COURT OF SOUTH AFRICA GAUTENG DIVISION, PRETORIA
2024 -10- 25
E. TIGER
REGISTRAR'S CLERK
SUID-AFRIKA, GAUTENG AFDELING, PRETORIA

3. The applicant is to deliver a copy of this order the Master of High Court and to the South African Revenue Services.

4. A copy of this order shall be served on:

   4.1. The respondents by way of service on their attorneys of record and at their home address at 237 Albert Street, Waterkloof, Pretoria, Gauteng.

   4.2. The employees of the respondents, if any.

   4.3. All registered trade unions representing the employees of the respondents, if any.

5. Save as is set out below the costs of the application are to be costs in the sequestration of the joint estate of the respondents.

6. The first respondent's application of 28 May 2024 to admit a further affidavit is dismissed with costs, including the costs of two counsel, with Scale C applied, where applicable.

BY THE COURT

REGISTRAR
MT

Private Bag X67, Pretoria 0001
2024 -07- 16
GD-PRET-017

Attorney:-

Certified a true copy of the original.
Gesertifiseer 'n ware afskrif van die oorspronklike.

Registrar of the North Gauteng High Court, Pretoria
Griffier van die Noord Gauteng Hoë Hof, Pretoria