**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

Case No.: 26-24710

Nishani Michelle Singh,

Chapter 15

Debtor in Foreign Proceeding
__________________________________/

**MOTION TO ALLOW LUIS E. ORENGO, JR. TO APPEAR BY ZOOM AT HEARING SET FOR NOVEMBER 5, 2026 AT 9:59 A.M.**

Willem Jacobus Venter, Oriel Rampolokeng Sekati, Koketso Leuwance Selahle, and Matshediso Elizabeth Sello in their capacity as fully authorized foreign representatives ("Foreign Representatives") of the insolvent estate of Nishani Michelle Singh (the "Debtor" or "Singh"), pursuant to this Court's Requirements and Procedures for Remote Attendance at Hearing, hereby moves this Court, on an *ex parte* basis, to enter an order authorizing its attorney, Luis E. Orengo, Jr., to appear by Zoom at the hearing set for November 5, 2026, at 9:59 a.m., and in support thereof states as follows:

1. The Court entered a Notice of Hearing [DE 5] scheduling a hearing on Emergency Verified Motion for Recognition of a Foreign Main Proceeding and for Provisional Relief Under 1519(a)(2) and 1519(a)(3) [DE 3] filed by Singh for November 5, 2026, beginning at 9:59 a.m.

2. Undersigned counsel, Luis E. Orengo, Jr., requests leave to attend the upcoming hearing remotely for good cause, in light of the fact that counsel is located in Tampa, Florida.

3. For the foregoing reasons, Debtor requests an order, in the form attached hereto as Exhibit "A", authorizing Luis E. Orengo, Jr. to appear remotely via Zoom at the hearing, and for such other and further relief which is just and proper under the circumstances.

Dated: November 4, 2026

Respectfully Submitted,

*/s/ Luis E. Orengo, Jr.*
Donald R. Kirk
Florida Bar No. 105767
Luis E. Orengo, Jr.
Florida Bar No. 1022891
Olivia Zukowski
Florida Bar No. 1069885
**CARLTON FIELDS, P.A.**
4221 W. Boy Scout Blvd., Suite 1000
Tampa, Florida 33607
Telephone: 813-229-4334
Facsimile: 813-229-4133
Primary Emails:
dkirk@carltonfields.com
lorengo@carltonfields.com
ozukowski@carltonfields.com
Secondary E-mail:
kathompson@carltonfields.com

*Counsel for Foreign Representatives*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2026, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system thereby serving all registered users in this case.

/s/ *Luis E. Orengo, Jr.*
Attorney

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

Nishani Michelle Singh,

Debtor in Foreign Proceeding
_________________________________/

Case No.: 26-24710

Chapter 15

**ORDER GRANTING EX PARTE MOTION TO ALLOW LUIS E. ORENGO, JR. TO APPEAR BY ZOOM AT HEARING SET FOR NOVEMBER 5, 2026 AT 9:59 A.M.**

Upon consideration of the *Ex Parte* Motion to Luis E. Orengo, Jr. to Appear by Zoom at Hearing Set for November 5, 2026 at 9:59 a.m. of Willem Jacobus Venter, Oriel Rampolokeng Sekati, Koketso Leuwance Selahle, and Matshediso Elizabeth Sello in their capacity as fully authorized foreign representatives ("Foreign Representatives") of the insolvent estate of Nishani Michelle Singh (the "Debtor" or "Singh") [DE _____] (the "Motion"); the Court having determined

that the relief requested in the Motion is appropriate; it appearing that due and adequate notice of the Motion has been given; and that no other or further notice is necessary; and after due deliberation and sufficient cause appearing therefore; it

is hereby **ORDERED**, as follows:

1. The Motion is GRANTED.

2. Attorney Luis E. Orengo, Jr. is authorized to appear on behalf of Debtor by Zoom at the hearing (as described in the Motion) set for November 5, 2026, at 9:59 a.m.

###

Submitted by:

Luis E. Orengo, Jr.
Florida Bar No. 1022891
**CARLTON FIELDS, P.A.**
4221 W. Boy Scout Blvd., Suite 1000
Tampa, Florida 33607

*Copies to: Attorney Luis E. Orengo, Jr. shall serve a copy of this order on all appropriate parties and file a certificate of service reflecting same.*